**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | : MISDEMEANOR INFORMATION |
| v. | : 08 Cr. ___ |
| ANTHONY ROPER, | : |
| Defendant. | : **08 CRIM 097** |

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From in or about April 2003, up to and including in or about December 2003, in the Southern District of New York and elsewhere, ANTHONY ROPER, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, ROPER fraudulently obtained grant money to which he was not entitled from HUD.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDNY
[ELECTRO]NICALLY FILED
FEB 07 2008