# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

April 29, 2008

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    United States v. Anthony Roper**
**08 Cr. 97 (GWG)**

**MEMORANDUM ENDORSED**

Dear Judge Gorenstein:

I write on behalf of my client, Anthony Roper, to respectfully request that the Court temporarily modify the travel restrictions imposed by the Honorable Theodore H. Katz on December 10, 2007 and modified by the Honorable Henry B. Pitman on January 4, 2008. Mr. Roper currently has the following bail conditions: a $25,000 personal recognizance bond co-signed by one financially responsible person, travel restricted to the Eastern and Southern Districts of New York, surrender of travel documents (and no new applications), and strict pretrial supervision with drug testing and treatment.

Mr. Roper seeks the Court's permission to travel to Philadelphia, Pennsylvania to attend a friend's wedding on Saturday, May 10, 2008. I have spoken with Assistant United States Attorney Mark Lanpher (212-637-2399) on behalf of the government and he has consented to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh Mundy
Assistant Federal Defender
Tel.: (212) 417-8737

**SO ORDERED:**

**HONORABLE GABRIEL W. GORENSTEIN**
United States Magistrate Judge    5/5/2008

cc:    Mark Lanpher, Assistant United States Attorney (via fax: 212-805-2527)